Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio


★ ★ ★



★ ★ ★

# MEMORANDUM OPINION

No. 04-11-00191-CR

**IN RE** Kevin P. **BONNER**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:       Karen Angelini, Justice
              Steven C. Hilbig, Justice
              Marialyn Barnard, Justice

Delivered and Filed:  March 30, 2011

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On March 10, 2011, relator Kevin Bonner filed a petition for writ of mandamus, complaining of a case arising out of Comal County Court at Law No. 1. However, this court does not have jurisdiction over Comal County. Relator's petition should have been filed in the Third Court of Appeals. Therefore, relator's petition for writ of mandamus is DISMISSED FOR LACK OF JURISDICTION.

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 2009-CR-0780, styled *State of Texas v. Kevin P. Bonner*, pending in the County Court at Law No. 1, Comal County, Texas, the Honorable Randy C. Gray presiding.